# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158170(43)

COMMUNITY GARAGE, INC.,
      Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.
_____/

SC: 158170
COA: 339300
Ottawa CC: 16-004734-CB

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing an answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filing if submitted on or before September 11, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2018



Clerk